DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.J.P.,** a Child,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D15-1306

[August 12, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502015DP300104 JO.

Liza R. Galindo of Law Office of Liza R. Galindo, P.A., Miami Springs, for appellant.

Rosemarie Farrell, Orlando, for appellee.

PER CURIAM.

*Affirmed. See O.I.C.L. v. Dep't of Children and Families*, 2015 WL 4461164 (Fla. 4th DCA July 22, 2015).

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***